|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RAYMOND C. WATKINS, | No. 1:23-cv-1430 JLT SAB (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING PLAINTIFF TO PAY THE $402.00 FILING FEE WITHIN 30 DAYS |
| v. | |
| TUOLUMNE CO. SHERIFF, et al., | (Doc. 6) |
| Defendants. | |

The assigned magistrate judge found Plaintiff is subject to the three-strikes bar of 28 U.S.C. § 1915(g), and fails to satisfy the imminent danger exception. (Doc. 6.) The magistrate judge recommended Plaintiff's motion to proceed *in forma pauperis* be denied, and Plaintiff be directed to pay the filing fee in full to proceed with this action. (*Id.* at 4.)

Plaintiff filed objections on October 30, 2023. Plaintiff does not dispute the determination that he is subject to the three-strikes bar, because he had more than three actions dismissed for failure to state a cognizable claim. However, Plaintiff contends he is in imminent physical danger. (*See* Docs 9, 10.) Importantly, the information provided in the objections is not linked to any claims raised in the complaint, or any specific defendant. Rather, Plaintiff makes generalized assertions concerning the conduct of various guards and nurses, who he contends have failed in their duties. The Court is unable to find Plaintiff satisfies requirements of the exception under Section 1915(g).

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter—including Plaintiff's objections— the Court concludes the magistrate judge's Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on October 17, 2023 (Doc. 6), are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in formal pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the $402 filing fee in full within 30 days of the date of service of this order to proceed with this action.
4. If Plaintiff fails to pay the filing fee in full within 30 days, the action will be dismissed without prejudice and without further notice.

IT IS SO ORDERED.

Dated: **November 8, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE